**Order entered July 17, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00839-CR

**TOREY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82130-2012**

## ORDER

The Court **REINSTATES** the appeal.

On May 28, 2014, the Court ordered Lara Bracamonte removed as appellant's appointed attorney of record and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing John Tatum to represent appellant.

Accordingly, we **DIRECT** the Clerk to list John Tatum as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to John Tatum and the Collin County District Attorney's Office.

                                     /s/     LANA MYERS
                                               JUSTICE